THE PEOPLE v. RIVERA.

APPEAL from the District Court of Guayama.

No. 194.—Decided October 26, 1909.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF THE CASE.—Where there is no bill of exceptions or statement of facts, and it not appearing that any fundamental error whatever was committed by the trial court, the judgment appealed from must be affirmed:

The facts are stated in the opinion.

The appellant did not appear.

*Mr. Rossy, fiscal,* for respondent.

MR. JUSTICE MACLEARY delivered the opinion of the court.

In this case the appellant, having been convicted in the district court of the offense of selling adulterated milk and fined fifty dollars ($50) and sentenced to two months imprisonment and payment of costs, took an appeal to this court. However, having obtained a delay for four months and 26 days, his object seems to have been accomplished. No appearance is made for the convict in this court and no statement of facts nor bill of exceptions appears in the record, nor has any brief been filed in his behalf. Such being the case to properly review the judgment of the court below is impossible. However, an examination of the record has been carefully made for fundamental errors but none are apparent therein. Under the terms

of the record as presented here the judgment of the lower
court must be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices Figueras, Wolf and
del Toro concurred.